## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHELE BOTOS,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **HARTFORD INSURANCE COMPANY OF THE MIDWEST AND GEOVERA SPECIALTY INSURANCE COMPANY,** <br><br> **Defendants.** | **Case No.: 3:17-cv-00495-BAJ-EWD** <br><br> **JOINT MOTION TO DISMISS PARTY** |

NOW INTO COURT comes plaintiff, Michelle Botos, and Geovera Specialty Insurance Company, who jointly move to dismiss plaintiff's claims against Geovera Specialty Insurance Company, with prejudice, each party to bear their own costs.

Respectfully submitted,

/s/ *Adam A. Bosso*
Adam A. Bosso, Bar #33513
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130
Phone: 504-599-3386
Fax: 504-617-7831
Attorney for Plaintiff

and

/s/ *Seth A. Schmeeckle*
Seth A. Schmeeckle, Bar #27076
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195
Attorney for GeoVera Specialty Insurance Company

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 22nd day of February, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

                                                      <u>/s/ *Adam A. Bosso*</u>
                                                      Adam A. Bosso

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHELE BOTOS,**<br><br>　　　　**Plaintiff,**<br><br>vs.<br><br>**HARTFORD INSURANCE COMPANY OF THE MIDWEST AND GEOVERA SPECIALTY INSURANCE COMPANY,**<br><br>　　　　**Defendants.** | **Case No.: 3:17-cv-00495-BAJ-EWD** |

## ORDER

Considering the Joint Motion to Dismiss Party,

IT IS ORDERED that plaintiff's claims in the above matter against Geovera Specialty Insurance Company are dismissed, each party to bear their own costs.

IT IS FURTHER ORDERED that plaintiff reserves her rights against all remaining defendants, namely Hartford Insurance Company of the Midwest.

Baton Rouge, Louisiana this ___ day of _____, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE